JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ROSA MARIA GARCIA DE PEREZ,**<br><br>Defendant. | Case No. EDCV11-01772 WDK (FMOx)<br><br>**JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Rosa Maria Garcia De Perez, an individual d/b/a Birrieria San Marcos, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Rosa Maria Garcia De Perez, an individual d/b/a Birrieria San Marcos, as follows:

(a) defendant Rosa Maria Garcia De Perez, an individual d/b/a Birrieria San Marcos, shall pay the plaintiff, J & J Sports Productions, Inc., $23,100.00 in

1 total damages plus attorneys' fees in the amount of $1,986.00 plus costs.

2

3 IT IS SO ORDERED.

4

5 IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6 States mail or by telefax or by email, copies of this Order on counsel in this
7 matter.

Dated: September 4, 2013

_____
William Keller
United States District Judge

- 2 -